**UNITED STATES DISTRICT COURT**
**District of Kansas**
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-10177-01-JWB

**CHRIS E. OLVERA,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about February 6, 2026, in the District of Kansas, the defendant,

**CHRIS E. OLVERA,**

did unlawfully, knowingly, and intentionally distribute fifty (50) grams or more of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 2

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about March 26, 2026, in the District of Kansas, the defendant,

**CHRIS E. OLVERA,**

did unlawfully, knowingly, and intentionally distribute fifty (50) grams or more of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL.

November 3, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Counts 1-2: 21 U.S.C. § 841 [Distribution of Methamphetamine]**

- Punishable by a term of imprisonment of not less than 10 years and not more than Life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of not less than five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000.00. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A)